# EXHIBIT B

{H0289521.1}

## SUMMONS

## IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA

HERSHALL PARSLEY, Plaintiff

V.  CIVIL ACTION NO: _____

NORFOLK AND WESTERN RAILWAY COMPANY, Defendant
Process Address:
**Richard W. Kienle**
**Three Commercial Place**
**Norfold, VA 23510**

To the above-named Defendant: NORFOLK AND WESTERN RAILWAY COMPANY,

    IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon DONALD JARRELL, plaintiff's attorney whose address is PO BOX 190 WAYNE WV 25570, an answer including any related counterclaim you may have to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer with-in 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will thereafter be barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: 10-10-17

Clerk of Court

By: _____
Deputy Clerk

| PLAINTIFF: HERSHALL PARSLEY | | |
|---|---|---|
| CASE NO.: | | 17-C-145 |
| DEFENDANT: NORFOLK AND WESTERN RAILWAY COMPANY | | |

II. TYPE OF CASE:

| TORTS | OTHER CIVIL | |
|---|---|---|
| [] Asbestos | []Adoption | []Appeal from Mag. Court. |
| []Professional Malpractice | []Contract | [] Petition for Modification Of Magistrate Sentence |
| [] Personal Injury | []Real Property | [] Miscellaneous Civil |
| []Product Liability | []Mental Health | [] Other- liable, injunctive |
| []Other Tort | []Appeal of Administrative Agency | [] Habeas Corpus |

*FILED CIRCUIT CLERK'S OFFICE 2017 OCT 10 PH 2:38 WAYNE COUNTY, WV*

III.  JURY DEMAND:    [X] Yes        [] No

CASE WILL BE READ FOR TRIAL BY *(Month/Year):* UNKNOWN

IV. DO YOU OR ANY OR YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? [] YES [X] NO IF YES, PLEASE SPECIFY:

[] Wheelchair accessible hearing room and other facilities
[] Interpreter or other auxiliary aid for the hearing impaired
[] Reader or other auxiliary aid for the visually impaired
[] Spokesperson or other auxiliary aid for the speech impaired
[] Other:_____

*Attorney Name:*    Donald R. Jarrell, Esquire

*Firm:* Law Offices of Donald R. Jarrell
*Address:* P.O. Box 190
            Wayne, WV 25570
*Telephone:* (304) 272-6391

*Representing:*

[X] Plaintiff    []Defendant
[]Cross-    [] Cross-
Complainant    Complainant

Signature: *Donald R. Jarrell, Esquire*

[] Pro Se

## CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES

In the Circuit Court, **WAYNE** County, West Virginia

I.    CASE STYLE:

Hershall Parsley
Plaintiff,

Case # __17- C - 145__

Judge __Yauney__

V.

Norfolk and Western Railway Company
110 Franklin Road SE
Roanoke, VA 24042-0028
Defendant

Agent of Process: Richard W. Kienle
                 Three Commercial Place
                 Norfolk, VA 23510

Days to Answer Service
**20 days**     **Certified mail**

Original and __2__ copies furnished herewith.

IN THE CIRCUIT COURT OF WAYNE COUNTY, WEST VIRGINIA

HERSHALL PARSLEY,

    Plaintiff,

V.                                        CIVIL ACTION NO:
                                          JUDGE:

NORFOLK AND WESTERN RAILWAY COMPANY,

    Defendant.

## COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Plaintiff, Hershall Parsley, by and through his undersigned attorney and sues the Defendant, Norfolk And Western Railway Company, and alleges as follows:

1. That the Plaintiff, Hershall Parsley is a resident of 16554 Middlefork Road, Laurelville, Ohio, 43135.

2. The defendant, Norfolk and Western Railway Company with a principal address as 110 Franklin Road SE, Roanoke, VA 24042-0028, and with an agent of process as Richard W. Kienle, Three Commercial Place, Norfolk, VA 23510.

3. On or about the 18th day of April 1916, Norfolk and Western Railway Company, signed and completed an agreement with C.F Harris, his heirs and assigns, to maintain a crossing to his property. A copy of the Agreement is attached hereto and will be known as Exhibit A.

4. On or about the 3rd day of June 1991, the property formerly of C.F. Harris, was

purchased by Mary and William Parsley and is described further in the following:

> Bound on the East by the lands of Verna Harris Joseph; on the South by the lands of Walter Williams; on the West by Tug River, and on the North by William Crum land
>
> BEGINNING at a white oak and hickory on the ridge and on the line of the William Crum land and a corner to the Verna Harris Joseph land; thence S. 72-3/4 W 14 poles to a stake in a gap; thence S 7 3 ½ W 15 poles to a hickory on a knob; thence S 14 W 28 poles to a black oak on a point; thence S 22 W 15 poles to a pine on a point; thence S 14 W 43 poles to a rock at Tug River; thence S 52 E 27 ½ poles to a stake; thence S 34 ½ E 10 ½ poles to a stake at the mouth of Silver Creek; thence running up said creek 20 ½ E 14 ½ poles to a stake; thence N 46 ½ E 36 poles to a stake; thence N 45 E about 16 ¾ poles to an iron stake on the South Bank of Silver Creek and a corner to Verna Harris Joseph's land; thence N 34 W and running with the line of Verna Joseph's land about 44 poles to a pine on a rock cliff; thence N 3 E about 24 poles to a white oak and a hickory, the BEGINNING corner, containing THIRTY (30) ACRES, more or less.

located in Deed Book 542 at page 337. A copy is attached hereto and incorporated herein and labeled as Exhibit B.

5. On or about the 24th day of December 2011, at approximately 2:00 AM, the home located on this property caught on fire. The Wayne County Sheriff, Greg Farley, advised the property owners that the engineer called and reported the fire to Crum Fire Department. Crum Fire Department could not get to the house due to the crossing was removed.

6. On or about the above-mentioned date was when the Plaintiff was first made aware of the crossing being removed.

7. On the 12th day of October 2012, William Parsley passed away and his son, Hershall Parsley became the heir owner to this property. Attached is the death certificate as Exhibit C.

## Count I Negligence in Maintaining Crossing

Norfolk and Western Railroad Company had a duty to maintain the crossing per the agreement in Exhibit A. They breached that duty when the allowed the crossing to be removed and not maintained. The breach of this duty caused the fire department to be unable to access a fire on this property which resulted in a structure being destroyed. Norfolk and Western Railroad Company should immediately replace the crossing and forever maintain it as per their agreement, as well as provide the Plaintiff the funds to replace the structure that stood on the property.

WHEREFORE, the Plaintiff, HERSHALL PARSLEY, demands judgment against the Defendant, NORFOLK AND WESTERN RAILWAY COMPANY, in an amount equal to or in excess of JURISDICTIONAL LIMITS, together with costs, prejudgment and post judgment interest and demands trial by jury on all issues so triable as of right by jury.

                                                                        HERSHALL PARSLEY
                                                                         By Counsel

_/s/ D. R. Jarrell_
LAW OFFICES OF DONALD R. JARRELL
Counsel for Plaintiff
218 North Court Street
P.O. Box 190
Wayne, WV 25570
(304) 272-6391

**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

Reg. Dist. No. 65
Primary Reg. Dist. No. 6500
Registrar's No. 6500-2012000269
State File No.

Type or print in permanent blue or black ink

1. Decedent's Legal Name: **WILLIAM HOWARD PARSLEY SR**
2. Sex: **Male**
3. Date of Death: **October 12, 2012**
4. Social Security Number:
5a. Age (Years): **85**
7. Birthplace: **CRUM, WEST VIRGINIA**
8a. Residence State: **OHIO**
8b. County: **PICKAWAY**
8c. City or Town: **ASHVILLE**
8f. Zipcode: **43103**
8g. Inside City Limits? **No**
8d. Street and Number: **6598 Duvall Rd.**
9. Ever in US Armed Forces? **Yes**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **MARY BOWEN**
13. Decedent of Hispanic Origin: **No**
14. Decedent's Race: **White**
12. Decedent's Education: **HIGH SCHOOL GRADUATE OR GED**
15. Father's Name: **ELBERT PARSLEY**
16. Mother's Name: **MAUDE ARTHUR**
17a. Informant's Name: **MARY PARSLEY**
17b. Relationship to Decedent: **Wife**
17c. Mailing Address: **6598 Duvall Rd. ASHVILLE, OHIO 43103**
18a. Place of Death: **Decedent's Home**
18b. Facility Name/Address: **6598 Duvall Rd.**
18c. City or Town, State and Zip Code: **ASHVILLE, OH 43103**
18d. County of Death: **PICKAWAY**
19. Signature of Funeral Service Licensee: Craig A. Wellman
20. License Number: **008325**
21. Name and Complete Address of Funeral Facility: **WELLMAN FUNERAL HOMES INC 1455 N COURT ST CIRCLEVILLE, OH 43113**
22a. Method of Disposition: **Burial**
22b. Date of Disposition: **October 17, 2012**
22c. Place of Disposition: **Reber Hill Cemetery**
22d. Location: **ASHVILLE, OH.**
23. Registrar's Signature: Paula Johnston
24. Date Filed: **October 18, 2012**
25a. Name of Person Issuing Permit: **JOHNSTON, PAULA**
25b. District No.: **6500**
25c. Date Burial Permit Issued: **10-16-12**
26a. Certifier: ☒ Certifying Physician ☐ Coroner
26b. Time of Death: **6 PM**
26c. Date Pronounced Dead: **10/12/2012**
26d. Was case referred to coroner? **No**
26e. Signature and Title of Certifier:
24. License number: **35.046385**
26g. Date Signed: **10/17/2012**
27. Name and Address of Person who Completed Cause of Death: **BOHLEN, JOHN G., 610 NORTHRIDGE RD CIRCLEVILLE, OH 43113-000**

28. Part I.
Immediate Cause: A. Ischemic Coronary — 6 Years

29a. Was An Autopsy Performed? ☐ Yes ☒ No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? ☐ Yes ☐ No ☒ Not Applicable

30. Did Tobacco Use Contribute to Death? ☐ Yes ☒ Unknown ☐ No ☐ Probably
31. If Female, Pregnancy Status: (Not pregnant within past year)
32. Manner of Death: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined
33d. Injury at Work? ☐ Yes ☐ No

HEA 2784 Rev. 01/07



Crum, West Va. April 20, 1916.

We, C. F. Harris and Philista Harris, his wife, have this day delivered to Holt, Duncan, & Holt a deed for five parcels of land conveyed to the Norfolk and Western Railway Company, a corporation, and having duly acknowledged the same, as requested by them, on April 19, 1916. The deed is to be effective upon the following conditions:

That the said C. F. Harris be paid five Hundred Dollars;

That the said Holt, Duncan, & Holt furnish him with a written contract, properly signed by the Said Railway Company, binding themselves to construct a farm crossing across their Railway tracks, just west of the Cedar grove and opposite tract or parcel No. 1. of the conveyance, where the public crossing is now located. The approaches to same from either side to be such that the crossing will be easily passable for teams and vehicles. The same to be forever kept up and maintained by the Railway Company and its successors or assigns.

That the said C. F. Harris, his heirs and assigns have a 16 ft. right of way near west end of parcel No. 1., leading over same to waters of Tug River.

All this being in harmony with a former agreement and with letter of instructions, from Holt, Duncan, & Holt bearing date of April 17th 1916.

Signed.   *C. F. Harris*

*Philista Harris*

a corporation, and having duly acknowledged the same, as requested by them, on April 19, 1916. The deed is to be effective upon the following conditions:

That the said C. F. Harris be paid five Hundred Dollars;

That the said Holt, Duncan, & Holt furnish him with a written contract, properly signed by the Said Railway Company, binding themselves to construct a farm crossing across their Railway tracks, just west of the Cedar grove and opposite tract or parcel No.1. of the conveyance, where the public crossing is now located. The approuches to same from either side to be such that the crossing will be easily passable for teams and vehicles. The same to be forever kept up and maintained by the Railway Company and its successors or assigns.

That the said C. F. Harris, his heirs and assigns have a 16 ft. right of way near west end of parcel No. 1., leading over same to waters of Tug River.

All this being in harmony with a former agreement and with letter of instructions, from Holt, Duncan, & Holt bearing date of April 17th 1916.

Signed.   *C. F. Harris*

*Philista Harris*

"6593 Daw Tee Road
Ashville, Ohio
43103

THIS DEED, dated this 3rd day of June, 1991, by and between ELSIE BOWEN, single, party of the first part, and MARY E. PARSLEY and WILLIAM H. PARSLEY, husband and wife, JOINTLY, or the survivor thereof, parties of the second part.

WITNESSETH

That for and in consideration of the sum of ONE ($1.00) dollars, this day cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, the parties of the first part do hereby GRANT, SELL, and CONVEY, unto the said parties of the second part AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP AND NOT AS TENANTS IN COMMON, all that certain tract or parcel of real estate situate on Silver Creek, fronting on Tug River, Lincoln District, Wayne County, West Virginia, bounded and described as follows:

> Bound on the East by the lands of Verna Harris Joseph; on the South by the lands of Walter Williams; on the West by Tug River, and on the North by the William Crum land
>
> BEGINNING at a white Oak and Hickory on the ridge and on the line of the William Crum land and a corner to the Verna Harris Joseph land; thence S. 72-3/4 W 14 Poles to a stake in a Gap; thence S 7 3¼ W 15 Poles to a Hickory on a knob; thence S 14 W 28 Poles to a Black Oak on a point; thence S 22 W 15 Poles to a Pine on a point; thence S 14 W 43 poles to a rock at Tug River; thence S 52 E 27½ poles to a stake; thence S 34¼ E 10¼ poles to a stake at the mouth of Silver Creek; thence running up said creek 20¼ E 14¼ poles to a Stake; thence N 46¼ E 36 poles to a stake; thence N 45 E about 16-3/4 poles to an iron stake on the South Bank of Silver Creek and a corner to Verna Harris Joseph's land; thence N 34 W and running with the line of Verna Joseph's land about 44 poles to a pine on a rock cliff; thence N 3 E about 24 poles to a White Oak and a Hickory, the BEGINNING corner, containing THIRTY (30) ACRES, more or less.

Being the same property conveyed to Elsie Bowen, by Deed from Aubrey Bowen, dated the 30th day of December, 1981, of record in the office of the Clerk of the County Commission of Wayne County, West Virginia in Deed Book No. 478, at Page 399.

BOOK 542
PAGE 337

TO HAVE AND TO HOLD, together with all and singular, the

_____

STATE OF WEST VIRGINIA

COUNTY OF WAYNE, TO-WIT:

I, Deborah Maynard a Notary Public within and for the above named County and State, do hereby certify that Elsie Bowen, widow, whose name is signed to the foregoing and hereto annexed Deed bearing date the 3rd day of June, 1991, has this day in person, signed, sealed, and acknowledged the same before me in my said County and State on this 3rd day of June, 1991.

My Commission expires December 28, 19 98.

Deborah Maynard
NOTARY PUBLIC

[OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DEBORAH MAYNARD
P. O. Box 37
Wayne, WV 25570
My Commission Expires December 28, 1998]

THIS INSTRUMENT WAS PREPARED BY:
RICHARD THOMPSON, ATTORNEY AT LAW
P.O. BOX 37, WAYNE, WEST VIRGINIA 25570

WEST VIRGINIA, WAYNE COUNTY CLERK'S OFFICE
This instrument was this day presented in my office, and thereupon together with the certificate thereto annexed, is admitted to record.

Robert E. Pasley .............. Clerk

JUN 3 1991    By Shirley A. Osburn .............. Deputy

RICHARD THOMPSON
ATTORNEY AT LAW
P. O. BOX 37

## VERIFICATION OF PLEADING

I, Hershall Parsley named in the foregoing Complaint, being first duly sworn, says that the facts and allegations therein contained are true, except so far as they are therein stated to be upon information, he believes them to be true.

*Hershall Parsley*
HERSHALL PARSLEY

STATE OF WEST VIRGINIA:

COUNTY OF WAYNE:

Taken, subscribed and sworn to this 22nd day of September, 2017.

My commission expires 10-06-2021

NOTARY PUBLIC

OFFICIAL SEAL
Toris L. White
Notary Public
West Virginia
Commission Expires
October 06, 2021
4 Two Mile Creek Road
Wayne, WV 25570

# *Law Offices of Donald R. Jarrell*
Personal Injury Litigation

PO Box 190
Wayne, WV 25570
Telephone: (304)272-6391
Fax: (304)272-6392

Attorney:
Donald R. Jarrell

October 10, 2017

Secretary of State Office
State Capital Building
Bldg. 1, Suite 157-K
1900 Kanawha Blvd. East
Charleston, WV 25305-0770

      RE:    Hershall Parsley
              v.
              Norfolk and Western Railway Company
              Wayne County Circuit Court
              Civil Action No: 17-C-145
              Judge James H. Young, Jr.

Processing Division:

    Enclosed please find one original and two copies of the Complaint in the above-referenced civil action, along with a check in the amount of $20.00 for service.

    If you should have any questions, please do not hesitate to contact the office.

Sincerely,

*[signature]*

Donald R. Jarrell, Esquire
DRJ/tw
Enclosures

RECEIVED
OCT 11 2017

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
888-767-8683
Visit us online:
www.wvsos.com

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0002 1755 70

NORFOLK AND WESTERN RAILWAY COMPANY
NOWNORFOLK SOUTHERN RAILWAY COMPANY
Angela W. Konrad
611 Third Avenue
Huntington, WV 25701

Control Number: 204572
Defendant: NORFOLK AND WESTERN RAILWAY COMPANY NOWNORFOLK SOUTHERN RAILWAY COMPANY
611 Third Avenue
Huntington, WV 25701 US

Agent: Angela W. Konrad
County: Wayne
Civil Action: 17-C-145
Certified Number: 92148901125134100002175570
Service Date: 10/18/2017

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State